UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL LEE LOPEZ, | No. 2:14-cv-1798-EFB P |
| Petitioner, | |
| v. | ORDER |
| WARDEN McCOMB, | |
| Respondent. | |

Darrell Lee Lopez is a state prisoner proceeding without counsel. This action was opened when Mr. Lopez filed a "notice of appeal" from various state court rulings. ECF No. 1. Mr. Lopez has not properly commenced a civil action. To commence a civil action, a party is required to file a complaint or a petition. Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003). Mr. Lopez's filing constitutes neither.

If Mr. Lopez wishes to challenge a judgment of conviction entered against him in state court, he must file an application for a writ of habeas corpus using this court's form petition. In addition, Mr. Lopez must either file an in forma pauperis affidavit or pay the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Until Mr. Lopez submits a petition and either pays the filing fee or meets the requirements of 28 U.S.C. § 1915(a), there is simply no case before the court.

/////

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court shall send to Mr. Lopez the court's forms for application for writ of habeas corpus and application for leave to proceed in forma pauperis.

2. Within 30 days of the date of this order, Mr. Lopez shall either pay the $5 filing fee or submit a complete application for leave to proceed in forma pauperis.

3. Within 30 days of the date of this order, Mr. Lopez shall file a petition for writ of habeas corpus.

4. Failure to comply with this order may result in this case being closed.

DATED:  August 12, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2