UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL LEE LOPEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN McCOMB,<br><br>　　　　　Respondent. | No. 2:14-cv-1798-WBS-EFB P<br><br><br>ORDER |

　　　Darrell Lee Lopez is a state prisoner proceeding without counsel. This action was opened when he filed a "notice of appeal" from various state court rulings. ECF No. 1.

　　　Mr. Lopez has not properly commenced a civil action. To commence a civil action, a party is required to file a complaint or petition. Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003). In addition, a petitioner must either file an in forma pauperis affidavit or pay the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a).

　　　By order dated August 12, 2014, the court informed Mr. Lopez that the case would be closed if did not properly commence a civil action within 30 days, by filing a petition for writ of habeas corpus, and either paying the filing fee or filing an application for leave to proceed in forma pauperis. ECF No. 3. Those 30 days have passed and Mr. Lopez has not filed the necessary documents.

1   However, Mr. Lopez has filed documents with the court stating that his intent is not to file an application for a writ of habeas corpus, but rather, to have his "case reopened at the state level . . . [with] counsel of [his] choice." ECF No. 7 at 3.  He has also suggested that he has encountered delays in the processing of his in forma pauperis application.  *Id.*

In an abundance of caution, the court will grant Mr. Lopez a 30 day extension of time within which to file an in forma pauperis affidavit or to pay the required filing fee.  Failure to so comply will result in this case being closed.

So ordered.

DATED:  September 15, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2